**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:05CV709LS |
| 1200 STARLIGHT COURT, a parcel of real property, Cedar Hill, Dallas County, Texas and any and all Proceeds Contained in Trustmark General Ledger Account Number 1000-0049 and Other Assets in Offset Account Number 1820-1000 | DEFENDANT |
| GARY D. KRIER, GLORIA THOMPSON ADAMS, TRUSTMARK NATIONAL BANK and ADRIAN WILSON | CLAIMANTS |

**ORDER**

This matter came before the court on the Motion to Stay Civil Forfeiture Actions, which was filed by Claimant Adrian Wilson on March 17, 2006. The basis for the Motion is the pending criminal charges against this Claimant. Having reviewed the Motion, the court is of the opinion that it should be granted pursuant to 18 U.S.C. § 981(g)(2), particularly since it has not been opposed by any other party.

IT IS, THEREFORE, ORDERED that the Motion to Stay Civil Forfeiture Actions is hereby **granted**, and this matter is stayed until such time as the criminal proceedings against this Claimant have been resolved.

IT IS SO ORDERED, this the 10th day of April, 2006.

James C. Sumner
UNITED STATES MAGISTRATE JUDGE